# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 11, 2024
Lyle W. Cayce
Clerk

No. 23-20237
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Jason Brown,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CR-719-3

_____

Before Wiener, Stewart, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Jason Brown has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Brown has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Brown's response.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-20237

We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.